UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EBF PARTNERS, LLC d/b/a EVEREST BUSINESS FUNDING, <br><br> Plaintiff(s), <br><br> vs. <br><br> APHRODITE GRANITE & MARBLE, INC., <br><br> Defendant(s). | Case No. 4:19-cv-02854-SRC |

## MEMORANDUM AND ORDER

Upon review of the Court file, the Court notes that default was entered against Defendant Aphrodite Granite & Marble, Inc. for failing to appear on **January 7, 2020**. Plaintiff EBF Partners, LLC having demonstrated that it is entitled to default judgment against Defendant in the amount sought and for the reasons stated in its motion for default judgment and supporting materials,

**IT IS HEREBY ORDERED** that [8] Plaintiff's Motion for Default Judgment is GRANTED.

A separate Judgment in accordance with this Memorandum and Order is entered this same date.

DATED this 8th day of April, 2020.

_____
**STEPHEN R. CLARK**
**UNITED STATES DISTRICT JUDGE**

1